APPEAL NO. 04-15-00012-CV
TRIAL NO. 2005-CI-18884

JOHN E. RODARTE SR.,
APPELLANT

Vs.

BEXAR COUNTY, TEXAS,
SHERIFF RALPH LOPEZ, ET AL
APPELLEES

IN THE FOURTH COURT

OF APPEALS

SAN ANTONIO, TEXAS

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 AUG 10 PM 12:48
KEITH E. HOTTLE, CLERK

APPELLANT'S RESPONSE AND PROTEST TO APPELLEES
MOTION FOR EXTENSION OF TIME, TO FILE
THEIR BRIEF APPELLANT'S BRIEF IN SUPPORT

TO THE HONORABLE JUSTICES AND COURT:

NOW COMES JOHN E. RODARTE SR., APPELLANT, PLAINTIFF, IN PROPIA PERSONA AND ON THIS DATE OF AUGUST 03, 2015 COMPLETES HIS RESPONSE, FOR THE ABOVE STYLED AND NUMBERED CIVIL ACTION, AND WILL ASK FOR LEAVE OF COURT, TO SHOW THE FOLLOWING:

1. APPELLANT RODARTE SR., WAS IN RECEIPT OF THIS COURT'S ORDER, DATED JULY 16, 2015 BY THE HONORABLE JUSTICE CHAPA, STATING THAT, THIS COURT HAS JURISDICTION IN THIS MATTER. THAT, IT DENIED APPELLEES' MOTION TO DISMISS APPEAL. THAT APPELLEES' BRIEF WAS PAST DUE, AND ORDERED, THAT APPELLEES, IF DESIRED, MAY FILE THEIR BRIEF BY JULY 27, 2015.

2. ON AUGUST 03, 2015 APPELLANT RODARTE SR., RECEIVED APPELLEES' FIRST MOTION TO EXTEND TIME FOR FILING RESPONSE BRIEF.

3. BECAUSE OF THE AUGUST 03, 2015 RECEIPT OF APPELLEES' MOTION TO EXTEND TIME, PRESENTED THE DISCOVERY OF UNTIMELY FILING OF SAID MOTION TO EXTEND TIME BY APPELLEES. THIS IS MADE EVIDENT BY, THE HONORABLE FOURTH COURT OF APPEALS' JUSTICE CHAPA, ORDER ON JULY 16, 2015, THAT APPELLEES, IF THEY DESIRED, WERE TO FILE, BY JULY 27, 2015, AS EVIDENT BY THE CERTIFICATE OF SERVICE PAGE DATE OF SERVICE, JULY 28, 2015, AND THIS HONORABLE COURT CLERK'S FILING DATE OF JULY 28, 2015 CLEARLY SHOWS SAID UNTIMELINESS BY APPELLEES.

4. THEREFORE, APPELLANT RODARTE SR., FEELS, THAT BY THE APPELLEES, BEING PAST DUE ON THEIR BRIEF, AS WELL AS THEIR MOTION TO EXTEND TIME, FAIL TO CONFER THIS HONORABLE COURT, WITH THE NECESSARY JURISDICTION THAT, THE APPELLEES REQUEST THROUGH THEIR LATE MOTION TO EXTEND TIME, TO ALLOW CONTINUING COURT'S JURISDICTION, TO ENTERTAIN THEIR MOTION TO EXTEND TIME OR THEIR RESPONSE BRIEF.

1.

5. THEREFORE, APPELLANT RODARTE SR., MUST RESPOND AND PROTEST SUCH UNTIMELINESS ON APPELLEES' PART, IN THAT, APPELLANT FEELS THAT LAWFUL ARGUMENT HAS BEEN PRESENTED, IN HIS TRIAL COURT PLEADINGS, TO INCLUDE THIS HONORABLE COURT, THAT ALONG WITH CLAIMS RAISED CURRENTLY ALL THROUGHOUT THESE PROCEEDINGS, UNDER PROTEST, APPELLANT FEELS, THAT HIS RIGHTFUL CLAIMS SHOULD BE ADDRESSED IN AN ALTERNATIVE DISPUTE RESOLUTION SETTING, OR A JURY TRIAL.

6. AS IT HAS BECOME EVIDENT, BY THE APPELLEES' BEING PAST DUE ON THEIR BRIEF, AND THEIR FILING OF A MOTION TO EXTEND TIME, ONLY SHOWS THAT THE CLAIMS STATED BY APPELLANT RODARTE SR., THAT CONCERN QUESTIONABLE HANDLING OF THIS CASE IN CHIEF, CANNOT BE DISCREDITED BY APPELLEES, AND THAT THE PROPER PLATFORM FOR ADDRESSING THE CLAIMS RAISED, ARE FOR A JURY TRIAL.

7. AS IT HAS BEEN ADDRESSED BY APPELLANT, IT IS BELIEVED BY APPELLANT AND CASELAW APPLIED, THAT AS RAISED IN APPELLANT'S SUPPLEMENTAL TO HIS BRIEF, THAT IT IS QUITE POSSIBLE, THAT THE HONORABLE TRIAL COURT, STILL RETAINS PLENARY POWER OVER THE CASE AT HAND.

8. APPELLANT RODARTE SR., THEREFORE, ASKS FOR THIS COURT'S PROPER JURISDICTION BY LAW, FOR ITS HONORABLE INTERVENTION, IN RESOLVING THIS CIVIL ACTION.

RESPECTFULLY SUBMITTED

PRAYER

APPELLANT RODARTE SR., THROUGH PRAYER TO GOD IN THE HIGHEST, THAT THE HONORABLE JUSTICES OF THE FOURTH COURT OF APPEALS, GRANT THE EQUITABLE RELIEF SOUGHT.

RESPECTFULLY DONE

CERTIFICATE OF SERVICE

THIS IS TO CERTIFY, THAT A TRUE AND CORRECT COPY OF THIS FOREGOING DOCUMENT, HAS BEEN SENT BY FIRST CLASS MAIL, ON AUGUST 05, 2015 TO MR. CLARKSON F. BROWN ASSISTANT DISTRICT ATTORNEY FOR BEXAR COUNTY, TEXAS, AT 101 WEST NUEVA ST., # 370 SAN ANTONIO, TEXAS 78205.

EXECUTED, ON THIS AUGUST 03, 2015

J. R. / i. R.
08/03/2015

RESPECTFULLY DONE

2.

JOHN E. RODARTE SR.
TDCJ # 1263270
CLEMENTS UNIT
9601 SPUR 591
AMARILLO, TEXAS 79107-9606
    LEGAL MAIL
        LEGAL MAIL

AMARILLO TX 791

04 AUG 2015 PM 1 L

FOURTH COURT OF APPEALS
KEITH HOTTLE, CLERK
300 DOLOROSA ST., SUITE 3200
SAN ANTONIO, TEXAS 78205-3037

FILED
IN THE COURT
AT SAN ANTO...
2015 AUG 10 PM 12: 48
KEITH E. HOTTLE, CLERK

78205$3037